IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:04cv277-C |
| | ) WO |
| FOUR THOUSAND, TWO | ) |
| HUNDRED AND NINETY-TWO | ) |
| DOLLARS ($4,292.00) IN UNITED | ) |
| STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

On May 13, 2005, the United States filed a final motion for forfeiture of property (doc. # 38) which contains a stipulation of compromise settlement. Upon consideration of the joint stipulation of compromise settlement, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 17th day of May, 2005.

                                          /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE